UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAULIO THORNE, on behalf of himself and all other others similarly situated,

                 Plaintiff,

v.

OFFICINE PANERAI A.G.,

                 Defendant.

---



1:18-cv-01209

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Braulio Thorne and Defendant Officine Panerai A.G., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: July 31, 2018

COHEN & MIZRAHI LLP

By: _____
Joseph H. Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(917)-299-6612
Email: joseph@cml.legal

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Douglas T. Schwarz
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6890
Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: Aug 6, 2018

_____
United States District Judge